Exhibit 1

CALL LOG

| CALL # | CALL DATE | CALL TIME | CALL FROM # | RESULT OF CALL | EVIDENCE |
|---|---|---|---|---|---|
| 1 | 8.6.13 | 5.18 p.m. | 702-570-4614 | Hang Up | 1 pic |
| 2 | 8.27.13 | 6.29 p.m. | 866-998-2500 | Hang Up | 1 pic |
| 3 | 10.1.13 | 5.46 p.m. | 866-998-2500 | Hang Up | 2 pics |
| 4 | 11.4.13 | 5.23 p.m. | 866-998-2500 | Hang Up | 1 pic |
| 5 | 12.2.13 | 11.24 a.m. | 866-998-2500 | Hang Up | 1 pic |
| 6 | 12.17.13 | 4.24 p.m. | 866-998-2500 | Hang Up | 1 pic |
| 7 | 12.17.13 | 4.25 p.m. | 866-998-2500 | Hang Up | 1 pic |
| 8 | 12.17.13 | 4.27 p.m. | 866-998-2500 | Hang Up | 2 pics |
| 9 | 12.23.13 | 12.36 p.m. | 866-998-2500 | Hang Up | 2 pics |
| 10 | 1.21.14 | 4.24 p.m. | 866-998-2500 | Hang Up | 2 pics |





LTDFS.10.1.13.SameCallDiffPic.jpg Case 2:14-cv-01138-APG-CWH Document 1-3 Filed 07/11/14 Page 5 of 14 2/14/14, 3:31 PM

5:45 PM
Verizon Wireless
5:45 PM
Tue, Oct 1, 2013
8669982500
5:43 PM

about:blank Page 1 of 1

KS.LTD.004



KS.LTD.005



KS.LTD.006





KS.LTD.008



KS.LTD.009

LTDFS.12.23.13.jpg

Verizon Wireless
12:39 PM
Mon, Dec 23, 2013
Missed call
!
8669982500
12:36 PM

about:blank

Page 1 of 1

KS.LTD.010



LTDFS.12.23.13.Best.jpg

(Unknown)
Mon Dec 23 12 36 PM
8669982500

23 11 13 AM

LTDFS.1.21.14.BEST.jpg

KS.LTD.012

verizon
Tue, Jan 21, 2014
4:26 PM
Verizon Wireless
Clear
Phone
Skype
View event
Flashlight
Cloc
Notifications
Missed call
8669982500
4:24 PM