Craig K. Perry
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 943-7520 Fax
cperry@craigperry.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer,<br><br>       Plaintiff,<br>vs.<br><br>LTD Financial Services, L.P., A Foreign Limited Partnership doing business in Nevada.<br><br>       Defendant. | CASE NO.: 2:14-cv-01138-APG-CWH<br><br>CERTIFICATE OF INTERESTED PARTIES |

PLEASE TAKE NOTICE that Plaintiff Kirby Spencer through his undersigned counsel of record submits the following Certificate as to the Interested Parties:

Plaintiff is unaware of any know interested parties other thon those participating in the above-caption action.

DATED: this 17th day of July, 2014

Respectfully Submitted,

CRAIG K. PERRY & ASSOCIATES

_____
Craig K. Perry, Esq.
Nevada Bar #003786
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 942-7520 Fax
cperry@craigperry.com
Attorney for Plaintiff

-1-