Craig K. Perry
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 943-7520 Fax
cperry@craigperry.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer, | CASE NO.: 2:14-cv-01138-APG-CWH |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| LTD Financial Services, L.P., A Foreign Limited Partnership doing business in Nevada. | |
| Defendant. | |

COMES NOW CRAIG K. PERRY, Esq., and hereby files this Proof of Service in the above-referenced matter.

Attached hereto as Exhibit "1" and incorporated by reference is the affidavit of service by Telly Kidman, serving Janet Maher at CSC SERVICES OF NEVADA, registered agent for LTD Financial Services, L.P., on July 17, 2014.

Dated this 18th day of July, 2014

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry, Esq.

Craig K. Perry, Esq.
Nevada Bar #003786
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 942-7520 Fax
Info@1stoplawfirm.com
Attorney for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

     Pursuant to FRCP 5, I hereby certify that I am an employee of Craig K. Perry &

Associates, and on the _18th_ day of July, 2014, a true and correct copy of the foregoing

CERTIFICATE OF SERVICE   was served via CM/ECF upon the following counsel of record:

Andrew J. Maranick, Esq.
amarancik@ltdfin.com
LTD Financial Services, L.P.
7322 South Freeway, Suite 1600
Houston, Texas 77074
Attorney for Defendant
Courtesy Copy

                   An Employee of Craig K. Perry & Associates

# Exhibit 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LTD FINANCIAL SERVICES

was received by me on *(date)*  JULY 17TH, 2014 .

☐ I personally served the summons on the individual at *(place)*  2215-B RENAISSANCE DR

_____  on *(date)*  JULY 17TH, 2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____

_____ , a person of suitable age and discretion who resides there,

on *(date)*  _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  JANET MAHER AT CSC SERVICES OF NV who is

designated by law to accept service of process on behalf of *(name of organization)*  LTD FINANCIAL SERVICES

_____  on *(date)*  JULY 17TH, 2014 ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.


Date: JULY 17TH, 2014

_____
Server's signature

TELLY  L  KIDMAN
Printed name and title


6185N  CONQUISTADOR, LAS VEGAS, NV 89149
Server's address

Additional information regarding attempted service, etc: