JERRY S. BUSBY
Nevada Bar #001107
GREGORY A., KRAEMER
Nevada Bard #010911
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
LTD FINANCIAL SERVICES, L.P.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer,<br><br>          Plaintiff,<br><br>vs.<br><br>LTD Financial Services, L.P., A Foreign Limited Partnership doing business in Nevada,<br><br>          Defendant. | CASE NO. 2:14-cv-01138-APG-CWH<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

///

///

///

///

///

///

CLAC 2728668.1

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

Dated this 23rd day of October, 2014.

        COOPER LEVENSON, P.A.


       By /s/ Gregory A. Kraemer
          Jerry S. Busby
          Nevada Bar No. 001107
          Gregory A. Kraemer
          Nevada Bar No. 010911
          6060 Elton Avenue – Suite A
          Las Vegas, Nevada 89107
          Attorneys for Defendant
          LTD FINANCIAL SERVICES, L.P.

CLAC 2728668.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of COOPER LEVENSON, P.A. and that on this 23rd day of October, 2014, I did cause a true copy of the foregoing **NOTICE OF SETTELEMENT** to be served via CM/ECF electronic filing upon the following person(s):

Craig K. Perry
Craig K. Perry & Associates
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117

By _____
An Employee of
COOPER LEVENSON, P.A.

CLAC 2728668.1