Craig K. Perry, Esq.
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Telephone (702) 228-4777
Fax (702) 943-7520
info@1stoplawfirm.com
Attorney for Plaintiff

Jerry S. Busby
Gregory A. Kraemer
COOPER LEVENSON
6060 Elton Ave.
Las Vegas, Nevada 89107
(702) 388-1125 Telephone
(702) 388-1857 Facsimile
Attorneys for Defendant,
LTD FINANCIAL SERVICES, L.P.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer, <br><br> Plaintiff, <br><br> vs. <br><br> LTD Financial Services, L.P., A Foreign Limited Partnership doing business in Nevada. <br><br> Defendant. | CASE NO.: 2:14-cv-01138-APG-CWH <br><br> **STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff KIRBY SPENCER, an individual ("Plaintiff"), through his counsel of record, CRAIG K. PERRY, Esq. of CRAIG K. PERRY & ASSOCIATES, and Defendant LTD FINANCIAL SERVICES, L.P. ("Defendant"), through its counsel of record, JERRY S. BUSBY, Esq., of COOPER LEVENSON, P.A., hereby file this Stipulation to Dismiss the above-entitled action, in its entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

/ / /

{00024107;1} -1-

Each party to bear their own costs and expenses.

**SO STIPULATED**.

Dated this 18th day of November, 2014.                    Dated this 18th, day of November, 2014

CRAIG K. PERRY & ASSOCIATES                                 COOPER LEVENSON, P.A.


/s/ Craig K. Perry                                          /s/ Jerry S. Busby
CRAIG K. PERRY, Esq.                                        Jerry S. Busby, Esq.
State Bar No. 3786                                          State Bar No.: 001107
8010 West Sahara Avenue, Suite 260                          Gregory A. Kramer
Las Vegas, Nevada 89117                                     State Bar No..: 010911
Telephone (702) 228-4777                                    6060 Elton Avenue, Suite A
Info@1stoplawfirm.com                                       Las Vegas, Nevada 89107
Attorney for Plaintiff                                      Telephone 702 366-1125
Kirby Spencer                                               jbusby@cooperlevenson.com
                                                            gkramer@cooperlevenson.com
                                                            Attorneys for Defendant
                                                            LTD Financial Services, L.P.


                                         **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated:  November 19, 2014.

{00024107;1} -2-